# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br>**RASHAN RODDNEY ANDERSON**<br><br>_____Debtor(s)._____<br><br>**RASHAN RODDNEY ANDERSON**<br>vs.<br>**NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-3, A DELAWARE STATUTORY TRUST(S), NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-3, A DELAWARE STATUTORY TRUST(S), ACS/JP MORGAN CHASE BANK, LOAN TO LEARN, NAVIENT SOLUTIONS, INC.**<br>                    Defendants | Case No.: 2015-28759-B-7<br><br>Chapter 7<br><br>A.P. NO. 16-_____<br><br>Date:<br>Time:<br>Location:<br>Judge: Christopher D. Jaime |

## DEBTOR'S COMPLAINT TO DETERMNE
## DISCHARGEABILITY OF STUDENT LOANS

Comes the Plaintiff herein, by counsel, and for his complaint against the Defendants, National Collegiate Loan Trust 2005-3, A Delaware Statutory Trust(s), National Collegiate Loan Trust 2006-3, A Delaware Statutory Trust(s), ACS/JP Morgan Chase Bank, Loan To Learn, and Navient Solutions, Inc. states as follows:

### PARTIES

1. The Plaintiff, Rashan Roddney Anderson, is the Debtor in Case No. 15-28759 filed under

Chapter 7 of the Bankruptcy Code (11 U.SC. § 101, et seq.) on November 10, 2015.

2. The Defendants, National Collegiate Loan Trust 2005-3, A Deleware Statutory Trust(s), National Collegiate Loan Trust 2006-3, A Delaware Statutory Trust(s), ACS/JP Morgan Chase Bank, Loan To Learn, and Navient Solutions, Inc. are creditors in the Debtor's Chapter 7 Bankruptcy Case No. 15-28759.

## JURISDICTION

3. This is an adversary proceeding to determine the dischargeability of a debt pursuant to Fed.R.Civ.P. 7001(6). This Court has jurisdiction pursuant to 28 U.S.C. § 1334(b); 28 U.S.C. § 157(a) and 11 U.S.C. § 523. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(I).

4. Plaintiff is the debtor in this Chapter 7 case. Defendants are creditors of Plaintiff.

5. This is an adversary proceeding to determine dischargeability of a debt.

6. Plaintiff is indebted to Defendants as follows:

   National Collegiate Loan Trust 2005-3, A Delaware Statutory Trust(s), account number 13-21xxx, balance $47,283.77;

   National Collegiate Loan Trust 2006-3, A Delaware Statutory Trust(s), account number 13-21xxx, balance $37,239.64;

   ACS/JP Morgan Chase Bank, account number 1065-5xxx, balance $13,601.34;

   Loan To Learn, account number 12-44xxx, balance $19,620.25; and,

   Navient Solutions Inc., account number 502935070277xxxx, balance $20,976.16.

## FACTUAL ALLEGATIONS

7. Plaintiff enrolled at National University in Fall 2004. He was enrolled in classes until May 2005 but received student loan funds from National University through 2006.

2

8. National University continued to allow Plaintiff to take out loans despite Plaintiff not being enrolled in classes or completing coursework.

## CAUSE OF ACTION

9. These debts are not educational loans excepted from discharge under 11 U.S.C. § 523(a)(8).

10. In the alternative, if the Court should find that the debt is an educational loan excepted from discharge under 11 U.S.C. § 523(a)(8), excepting such debt from discharge under this paragraph will impose an undue hardship on the debtor.

WHEREFORE, Plaintiff prays that the Court determine that the debt owed to the Defendant is not an educational loan excepted from discharge under 11 U.S.C. § 523(a)(8) or such portion of it as the Court determines is an educational loan not otherwise subject to discharge that the Court find that repayment of the loan imposes an undue hardship on the Debtor and is dischargeable.

Dated: February 15, 2016　　　　　　　　　　By: /s/ LaJuan E. Wood___

　　　　　　　　　　　　　　　　　　　　　LaJuan E. Wood
　　　　　　　　　　　　　　　　　　　　　LAW OFFICES OF LAJUAN E. WOOD
　　　　　　　　　　　　　　　　　　　　　5650 Marconi Avenue, Suite 4A
　　　　　　　　　　　　　　　　　　　　　Carmichael, CA 95608
　　　　　　　　　　　　　　　　　　　　　Phone: 888-430-3032
　　　　　　　　　　　　　　　　　　　　　Fax: 916-333-4421
　　　　　　　　　　　　　　　　　　　　　Email: info@attorneywood.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of this document was served on the parties herein by electronic noticing from the Bankruptcy Court of by envelope addressed to the same addresses shown below with postage fully paid and by depositing said envelope in a United States Postal Service depository, at Sacramento, California, this 15th day of February, 2016.

By: /s/ LaJuan E. Wood\_\_\_

LaJuan E. Wood

National Collegiate Loan Trust 2005-3
c/o Patenaude and Felix Law Offices
4545 Murphy Canyon Drive
San Diego CA 92123

National Collegiate Loan Trust 2006-3
c/o Patenaude and Felix Law Offices
4545 Murphy Canyon Drive
San Diego CA 92123

ACS/JP Morgan Chase Bank
PO Box 7051
Utica NY 13504-7051

Loan To Learn
c/o Patenaude and Felix Law Offices
4545 Murphy Canyon Drive
San Diego CA 92123

Navient Solutions, Inc.
PO Box 9640
Wilkes-Barre, PA 18773-9640